IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KAREEM KELLAM,<br><br>                     Petitioner,<br>v.<br><br>BARRY SMITH, et. al.<br><br>                     Respondents. | :<br>:<br>:  CIVIL ACTION<br>:<br>:  NO. 19-4271<br>:<br>:<br>:<br>: |

# ORDER

**AND NOW**, this 14th day of August, 2020, upon consideration of Petitioner's Motion to Stay Proceedings (ECF No. 12) and the Response to Petitioner's Motion for Stay (ECF No. 15), and for the reasons provided in the accompanying Memorandum,

**IT IS ORDERED** that the Motion is **DENIED**.

BY THE COURT:

*/s/ Henry S. Perkin*
HENRY S. PERKIN
UNITED STATES MAGISTRATE JUDGE